IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DEBORAH CHAMPLUVIER**                                                                **PLAINTIFF**

v.                                                                               No. 2:07CV105-P-A

**JAMES ALBERT RILEY**                                                            **DEFENDANT**

**ORDER DENYING MOTION TO EXEMPT
THE PLAINTIFF FROM THE FEES ASSOCIATED WITH
ELECTRONIC PUBLIC ACCESS USING PACER**

This matter comes before the court on the plaintiff's motion [13] to be exempt from the fees associated with retrieving electronic documents in her case via from PACER or CM/ECF. The plaintiff argues that the fees are burdensome and her only other way of obtaining documents from her case is by driving 75 miles from her home to the court. The plaintiff's argument is not persuasive. First, the court sends a copy of each document filed in the plaintiff's case to all parties involved. Parties who have provided a valid e-mail address receive the documents instantaneously through e-mail, and parties without an e-mail address receive the documents through the mail. Thus, the plaintiff should already have copies of all documents filed with the court. As such, the court cannot grant the plaintiff's motion to provide her free electronic access to PACER or CM/ECF.

*However, if the plaintiff would provide the court with a valid e-mail address, the Clerk of the Court can ensure that the plaintiff receives via e-mail the same electronic notices the other parties receive when documents are filed in this case.* The system is designed to give such e-mail recipients "one free look" at each document. The plaintiff need only save each document on her computer or print it out when viewing the document for the first time to ensure she retains copies of all pleadings for her file.

For these reasons, the plaintiff's motion [13] for free access to PACER or CM/ECF is hereby **DENIED**. The plaintiff may, however, submit a valid e-mail address to the court to facilitate her receipt of electronic notices from the court's computer system.

**SO ORDERED,** this the 5th day of December, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE