IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DEBORAH CHAMPLUVIER                                                                  PLAINTIFF

v.                                                                                     No. 2:07CV105-P-A

JAMES ALBERT RILEY                                                                  DEFENDANT

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the defendant's motion for summary judgment is **GRANTED**. Judgment is hereby **ENTERED** for the defendant. This case is **CLOSED.** In light of this ruling, any motions currently pending in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the 8th day of April, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE